UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61758-CIV-DIMITROULEAS

BTL INDUSTRIES, INC., a Delaware corporation,

    Plaintiff,

vs.

TECHNO ESTHETICS INC., d/b/a TRUE ESTHETICS MEDSPA, a Florida corporation,

    Defendant.

_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING IN PART AND DENYING IN PART MOTION FOR ATTORNEY'S FEES AND COSTS

THIS CAUSE is before the Court upon Plaintiff BTL's Motion for Attorneys' Fees and Costs [DE 41] (the "Motion") and the February 17, 20232 Report and Recommendation of United States Magistrate Judge Patrick M. Hunt (the "Report") [DE 46]. The Court notes that no objections to the Report [DE 46] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 46] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 46] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 46] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff BTL's Motion for Attorneys' Fees and Costs [DE 41] is hereby **GRANTED IN PART AND DENIED IN PART**;

3. Plaintiff is hereby awarded attorney's fees in the amount of $46,210.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of March, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Judge Hunt
Counsel of Record